IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| NORMAN SHAW, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv253 |
| WARDEN, FCC BEAUMONT LOW | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Norman Shaw, Jr., proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment filed by the respondent be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The motion for summary judgment (doc. no. 15) is **DENIED**. The respondent shall file an answer addressing the merits of the petition within 30 days of the date set forth below.

**SIGNED** this the **19** day of **April, 2021.**

_____
Thad Heartfield
United States District Judge